DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TERRY MILLER** and **DOMINIQUE DUBE,**
Appellant,

v.

**DANIEL LAWRENCE DAILEY,**
Appellee.

No. 4D22-1292

[January 12, 2023]

Appeal of a nonfinal order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Carol Lisa Phillips, Judge; L.T. Case No. CACE20-009904.

Orville E. Stifel, II of Orville E. Stifel, II, CO., LPA, Cleveland, Ohio, and Brian P. Kopp and Arturo T. Uzdavinis of Betras, Kopp & Markotta, LLC, Tampa, for appellant.

Thomas J. Gruseck, Esq. of The Law Office of Thomas J. Gruseck, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***